# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARIA L. MARTINEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 12-2448-JAR |
| | ) |
| ABERDEEN VILLAGE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff Maria L. Martinez, proceeding *pro se* and *in forma pauperis*, filed this civil action against Aberdeen Village, alleging 1) disability discrimination, in violation of the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.* ("ADA") and the Kansas Act Against Discrimination, K.S.A. § 44-1001 ("KAAD"); 2) race discrimination, in violation of Title VII of the Civil Rights Act of 1964 ("Title VII") and the KAAD; and 3) national origin discrimination, in violation of Title VII and the KAAD. On March 29, 2013, this Court granted Defendant's Motion to Dismiss (Doc. 10), but granted Plaintiff until April 18, 2013, to file a motion for leave to amend her Complaint. Plaintiff was advised that if she failed to seek leave to amend her Complaint by that date, her case would be dismissed in its entirety without further notice. Plaintiff has not filed a motion for leave to amend her Complaint, and the deadline for doing so has passed. Accordingly, this case is **DISMISSED**, with prejudice.

**IT IS SO ORDERED.**

Dated: April 23, 2013

                                          S/ Julie A. Robinson
                                          JULIE A. ROBINSON
                                          UNITED STATES DISTRICT JUDGE